# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151790

MARK A. ROSEMAN and LUZATER
ROSEMAN,
       Plaintiffs-Appellees,

v

CITY OF DETROIT,
       Defendant,
and

MUKASH PATEL, DENNIS STOKES, and
WILLIAM MCPHERSON
       Defendants-Appellants.

SC: 151790
COA: 314650
Wayne CC: 11-011214-NO

_____/

On order of the Court, the application for leave to appeal the May 7, 2015 judgment of the Court of Appeals is considered. We DIRECT the parties to file supplemental briefs, within 28 days of the date of this order, addressing whether the plaintiffs' claims are barred by the exclusive remedy provision of the Worker's Disability Compensation Act (WDCA). See MCL 418.131(1); *Harris v Vernier*, 242 Mich App 306, 316 (2000) (exclusive remedy provision of the WDCA implicates subject matter jurisdiction and may be raised at any time).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2016



Clerk

s0202